UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20 CR 185 JAR (ACL) |
| | ) |
| CAMERON C. ACOSTA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On June 25, 2021, Defendant Acosta filed a Motion to Suppress Evidence (Doc. 31) and Motion to Dismiss (Doc. 32). The Court's latest scheduling Order (Doc. 30) provided that if pretrial motions were filed a new schedule would be set to allow the opposing party time to respond. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file its response to the Defendant's pretrial motions not later than **July 16, 2021**.

**IT IS FURTHER ORDERED** that an evidentiary hearing on the Defendant's pretrial motions is scheduled for **July 27, 2021 at 10:30 a.m.** The Defendant's presence is required at the hearing.

**IT IS FINALLY ORDERED** that the time granted for the Government to file a responsive pleading and so that the parties may prepare for the evidentiary hearing is excluded from computation of the Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(1)(D).

/s/ Abbie Crites-Leoni
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of June, 2021.