UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20 CR 185 JAR (ACL) ) |
| CAMERON C. ACOSTA, | ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Defendant's Motion to Withdraw Previously Filed Motion to Dismiss Indictment. (Doc. 43.) Defense counsel explains that he "has spoken to Defendant and Defendant agrees to move this Honorable Court to withdraw the previously filed Motion to Dismiss Indictment." *Id*. at p. 1. The Defendant's Motion to Dismiss (Doc. 32) was based on claims related to the Second Amendment Preservation Act that was signed into law by Missouri Governor Mike Parson on June 12, 2021. For the reasons stated, the Court finds that the Defendant's voluntary request to withdraw the Motion must be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Withdraw Previously Filed Motion to Dismiss Indictment (Doc. 43) is **GRANTED**; and Document 32 is withdrawn.

**IT IS FURTHER ORDERED** that the hearing previously scheduled in this matter for September 1, 2021 is cancelled.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of August, 2021.